IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Johnson, Robert L

Printed: 03/17/09

Case Number: 08 B 27254
Judge: Goldgar, A. Benjamin
Filed: 10/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: December 30, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 801.34 |  |
| Secured: |  | 200.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 14.13 |
| Other Funds: |  | 587.21 |
| Totals: | 801.34 | 801.34 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Home Loan Services | Secured | 0.00 | 0.00 |
| 2. | Chrysler Financial Services Americas LLC | Secured | 15,849.00 | 200.00 |
| 3. | City Of Chicago | Secured | 5,000.00 | 0.00 |
| 4. | Home Loan Services | Secured | 25,197.00 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 198.34 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 25.64 | 0.00 |
| 7. | Capital One | Unsecured | 36.64 | 0.00 |
| 8. | Chrysler Financial Services Americas LLC | Unsecured | 0.04 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 122.83 | 0.00 |
| 10. | United Guaranty | Secured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | American General Finance | Unsecured |  | No Claim Filed |
| 13. | Emergency Physicians Office | Unsecured |  | No Claim Filed |
| 14. | HFC | Unsecured |  | No Claim Filed |
| 15. | Direct Merchants Bank | Unsecured |  | No Claim Filed |
| 16. | Scholastic Book Services | Unsecured |  | No Claim Filed |
| 17. | Mercy Hospital | Unsecured |  | No Claim Filed |
| 18. | Radiological Physicians | Unsecured |  | No Claim Filed |
| 19. | Northwest Collectors | Unsecured |  | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 21. | Sound & Spirit | Unsecured |  | No Claim Filed |
| 22. | Collection | Unsecured |  | No Claim Filed |
| 23. | US Cellular | Unsecured |  | No Claim Filed |
| 24. | Radiological Physicians | Unsecured |  | No Claim Filed |
|  |  |  | $ 46,429.49 | $ 200.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Robert L

Printed: 03/17/09

Case Number: 08 B 27254
Judge: Goldgar, A. Benjamin
Filed: 10/10/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 14.13 |
| | $ 14.13 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: